UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

| | |
|---|---|
| NANCY POUX, as Administrator of the Estate of Raymond Rivera, | **ORDER UNSEALING NEW YORK CITY DEPARTMENT OF CORRECTION RECORDS** |
| Plaintiff, | 22-CV-9368 (ER) |
| -against- | |
| THE CITY OF NEW YORK, ANTOINETTE DOUGLAS, AYOUBA DOUMBIA, and JOHN AND JANE DOES 1-7, | |
| Defendants. | |

------------------------------------------------------------------------x

**WHEREAS** plaintiff Nancy Poux commenced this action by filing a complaint on or about November 2, 2022, alleging that Defendants violated state common law and decedent Raymond Rivera's constitutional rights;

**WHEREAS** discovery may entail the production of certain information that is sealed pursuant to New York Criminal Procedure Law ("NY CPL") Section 160.50 and/or Section 160.55, including the names of certain individuals who were in the custody of the New York City Department of Correction pending the resolution of their criminal cases; and

**WHEREAS** this Court has the authority to unseal such information in connection with this Action;

**NOW, THEREFORE, IT IS HEREBY ORDERED**, pursuant to CPL § 160.50[1][d], that HON. SYLVIA O. HINDS-RADIX, Corporation Counsel of the City of New York, or her authorized representative, is hereby authorized to provide such information that may otherwise be sealed under the provisions of CPL § 160.50 and that is relevant to the claims alleged in this Action; and

**IT IS FURTHER ORDERED** that the use of this information is restricted to this Action and that such information shall be treated as "Confidential Materials" pursuant to the Stipulation and Protective Order So-Ordered by this Court.

SO ORDERED:

_____
Honorable Edgardo Ramos
United States District Judge, SDNY

November 27, 2023
New York, New York