**JEFFREY P. MANS, ESQ.**
LAW OFFICE OF JEFFREY P. MANS
P.O. Box 11-282
Albany, New York 12211-0282
(518) 265-4135
ADKHIGHLANDER@GMAIL.COM

February 16, 2024

Hon. Edgardo Ramos (*via* ECF)
United States District Court Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Courtroom 619
New York, NY 10007

**MEMO ENDORSED**

      Re:    Poux v. City of New York, *et al*.
              1:22-CV-9368 (ER) (JW)

Dear Judge Ramos:

    I represent defendant Antoinette Douglas in the above-referenced action. I am in receipt of the your Honor's Order dated February 15, 2024, granting my request for a pre-motion conference (Dkt. 53), and scheduling same for February 29, 2024, at 11:30 a.m. by telephone (Dkt. 57).

    I respectfully request that the conference be adjourned to another date based upon a prior commitment I have on February 29th that would make me unavailable for the entire day.

    There have been no previous requests for an adjournment. Counsel for all parties have consented to this request, and are available at the Court's convenience on the following dates: February 28, March 1, 4, 8 and 12.

    Thank you for your consideration.

                                Respectfully yours,

                                *Jeffrey P. Mans*
                                Jeffrey P. Mans

cc:  All counsel of record (*via* ECF)

> The pre-motion conference is adjourned to March 1, 2024, at 10:30 a.m. The parties are reminded to call (877) 411-9748 and enter access code 3029857#.
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J.
> Dated: 2/20/2024
> New York, New York