UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
NANCY POUX,

                       Plaintiff,                     **ORDER**

           -against-                                   **22-CV-9368 (ER)**

CITY OF NY *et al.*,

                       Defendants.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE:**

The Court is in receipt of a request to adjourn next week's settlement conference. Dkt. No. 87. That request is GRANTED.

The Parties shall confer and contact Courtroom Deputy Christopher Davis at [WillisNYSDChambers@nysd.uscourts.gov](mailto:WillisNYSDChambers@nysd.uscourts.gov) by **September 24th** to propose three dates in the months of October, November, or December that the Parties are available for a settlement conference. The pre-settlement conference call scheduled for tomorrow is also canceled.

**The Clerk of the Court is respectfully requested to close Dkt. No. 87.**

SO ORDERED.

DATED:    New York, New York
               September 17, 2024

                                                             */s/ Jennifer E. Willis*
                                                              JENNIFER E. WILLIS
                                                              United States Magistrate Judge