UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NANCY POUX, *as Administrator of the Estate of Raymond Rivera*

        Plaintiff,

– against –

CITY OF NEW YORK, ANTOINETTE DOUGLAS, AYOUBA DOUMBIA, *and* JOHN AND JANE DOES 1-7,

        Defendants.

**ORDER**

22 Civ. 9368 (ER)

Ramos, D.J.:

    There is a motion to dismiss currently pending in this matter. However, on January 21, 2025, an initial settlement conference was held before Magistrate Judge Jennifer E. Willis. *See* Min. Entry dated Jan. 21, 2025. A second settlement conference has been scheduled for April 1, 2025.

    In light of the parties' wish to continue settlement efforts, Antoinette Douglas' motion to dismiss, Doc. 63, is placed off calendar, subject to renewal by letter motion following the conclusion of any settlement efforts.

    The Clerk of Court is respectfully directed to terminate the motion, Doc. 63.

It is SO ORDERED.

Dated: March 5, 2025
       New York, New York

                                            Edgardo Ramos, U.S.D.J.