

**M**URIEL **G**OODE-**T**RUFANT
*Corporation Counsel*

**T**HE **C**ITY OF **N**EW **Y**ORK
**L**AW **D**EPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

DAVID S. THAYER
*Assistant Corporation Counsel*
t: (212) 356-2649
f: (212) 356-1148
e: dthayer@law.nyc.gov

June 26, 2025

**MEMO ENDORSED**
at page 2

*Via ECF*

The Honorable Edgardo Ramos
United States District Court for the
Southern District of New York
40 Foley Square
New York, NY 10007

        Re: **Poux *ex rel.* Estate of Rivera v. City of New York, *et al.***
            **No. 22 CV 9368 (ER)**

Dear Judge Ramos:

      I am an Assistant Corporation Counsel in the Office of the Corporation Counsel of the City of New York, Muriel Goode-Trufant, attorney for Defendants City of New York and Ayouba Doumbia (collectively, "City Defendants") in the above-referenced action. I write, with the consent of Plaintiffs' counsel, to respectfully request a 2-week extension of the briefing schedule on the City Defendants' forthcoming motion for summary judgment.

      The parties' counsel continue to conduct settlement discussions, as has been previously indicated in prior letters to the Court, in an effort to determine whether an amicable resolution of this action can be reached. Indeed, the parties met at the end of last week and, after having further discussions with colleagues in my office, I will be speaking with Plaintiff's counsel again tomorrow. It is hoped that the requested 2-week extension may permit the parties to make further inroads towards an amicable resolution, with the aim to avoid the need for motion practice. As such, I respectfully request an extension of the briefing schedule to continue this process. The requested extension also accounts for the holiday period next week, during which time certain relevant participants in the finalization of the City Defendants' moving papers will be absent from the office due to planned vacations.

      This is the City Defendants' third request for an extension of the motion briefing schedule, the first extension having been granted on June 9, 2025, (ECF No. 105), for two weeks,

and the second extension having been granted on June 23, 2025, (ECF No. 107), for one week. Plaintiffs' counsel has graciously consented to this request, though Plaintiffs' counsel has requested that I relay to the Court the following: "We can consent to a final two-week extension, please note our position that we will not be authorized to consent to any additional extensions and that this is the third extension we've consented to."

The requested extension would adjust the briefing schedule as follows:

| **Event** | **Existing Deadline** | **Proposed Deadline** |
|---|---|---|
| City Defendants shall file their motion for summary judgment and supporting papers | June 27, 2025 | July 11, 2025 |
| Plaintiff shall file her papers in opposition to the City Defendants' motion for summary judgment | August 1, 2025 | August 15, 2025 |
| City Defendants shall file their reply papers in further support of their motion for summary judgment | August 15, 2025 | August 29, 2025 |

I thank the Court for its consideration of this application.

Respectfully yours,

/s/ David S. Thayer

David S. Thayer

cc:   **Via ECF**
      All counsel of record

The City Defendants' request for an extension of the briefing schedule for the motion for summary judgment is granted. The City's motion is due July 11, 2025. Plaintiff's opposition is due August 15, 2025. The City's reply is due August 29, 2025.

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: June 27, 2025
New York, New York

2