# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X

NANCY POUX, as Administrator of
the Estate of Raymond Rivera,

                          Plaintiff,                     22 **CIVIL** 9368 (ER)

           -against-                               **<u>JUDGMENT</u>**

CITY OF NEW YORK, AYOUBA
DOUMBIA, and JOHN and JANE DOES
1-7,

                         Defendants.

-------------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 31, 2026, City Defendants' motion for summary judgment is granted; accordingly, the case is closed.

**Dated:** New York, New York

       March 31, 2026

                                      **TAMMI M. HELLWIG**

                                         **Clerk of Court**

            **BY:** _____
                                 **Deputy Clerk**